Pamela J. Yates, State Bar No. 137440
E-Mail: pyates@kayescholer.com
Alicia Clough, State Bar No. 260012
E-Mail: alicia.clough@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Defendant
PFIZER INC

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA LAVIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PFIZER, INC.<br><br>　　　　Defendant. | CASE NO. 8:09-cv-00509-CJC-E<br><br>*[Assigned to Hon. Cormac J. Carney]*<br><br>[PROPOSED] ORDER REMANDING CASE TO STATE COURT |

## [PROPOSED] ORDER

Pursuant to the stipulation between Plaintiff Dana Lavin ("Plaintiff") and Pfizer Inc ("Defendant") filed with the Court on June 1, 2009 (the "Stipulation"), Plaintiff waives the right to recover, and will not seek or accept, in this action any judgment or other form of relief whose sum or value exceeds the aggregate amount of Twenty-Five Thousand Dollars ($25,000), including compensatory and punitive damages, exclusive of attorneys' fees and costs.  Plaintiff agrees not to change the designation of the case from a "limited action" to any other designation at any time.

1  Having reviewed the Stipulation,

2  IT IS HEREBY ORDERED that this action is remanded to the Superior Court of
3  Orange County, California.

4  IT IS SO ORDERED.

6  DATED: June 3, 2009

   _____
   CORMAC J. CARNEY
   UNITED STATES DISTRICT COURT JUDGE

KAYE SCHOLERllp

Lavin Proposed Order.wpd          [PROPOSED] ORDER